IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTINITA WILLIAMS**                                                                  **PLAINTIFF**

v.                              Case No. 4:11-cv-00744-KGB

**CHICK-FIL-A, INC. and**
**BOB PAINE**                                                                          **DEFENDANTS**

## ORDER OF DISMISSAL

By Order dated January 9, 2013, the Court directed plaintiff Antinita Williams to file a response by February 15, 2013, to the Court's Orders dated January 9, 2013, and September 18, 2012. The January 9, 2013, Order was sent to Ms. Williams by certified mail/return receipt requested. That mailing was returned to the Clerk of Court as undeliverable (Dkt. No. 14). The Court's Orders warned Ms. Williams that failure to comply with the Court's Orders could result in her case being dismissed without prejudice pursuant to Local Rule 5.5(c)(2). To date, Ms. Williams has not responded to the Court's Orders or otherwise communicated with the Court.

The Court finds that plaintiff's claims should be and hereby are dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

SO ORDERED this the 1st day of April, 2013.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge