**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ANTINITA WILLIAMS**                                                                   **PLAINTIFF**

**v.**                                            **Case No. 4:11-cv-00744-KGB**

**CHICK-FIL-A, INC. and
BOB PAINE**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, plaintiff's claims are dismissed

without prejudice pursuant to Local Rule 5.5(c)(2).

SO ORDERED this the 1st day of April, 2013.

_____
Kristine G. Baker
United States District Judge